IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRISTY D. BUIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-2250-KHV |
| | ) | |
| COMMUNITY LIVING | ) | |
| OPPORTUNITIES, INC., et al. | ) | |
| Defendants. | ) | |

## **ORDER**

Based upon the stipulation of the parties (Doc. #16), filed of record in this case, that Defendants Community Living Opportunities II, Inc., and Community Living Opportunities III, Inc. should be dismissed without prejudice and pursuant to the stipulation that both will waive any statute of limitations or any defense arising from any other statute governing the time within which either must be made a party to this action arising after the date of commencement of this action by Plaintiff, should it become necessary for Plaintiff to seek leave to amend to add them as parties defendants and should such leave be granted, Defendants Community Living Opportunities II, Inc., and Community Living Opportunities III, Inc. should be and hereby are dismissed without prejudice, each party to bear her/its own costs.

**IT IS SO ORDERED**.

Dated this 5th day of January, 2007 at Kansas City, Kansas.

s/ Kathryn H. Vratil
The Honorable Kathryn H. Vratil
United States District Judge