# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTY D. BUIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 06-2250-KHV-GLR |
| | ) |
| **COMMUNITY LIVING OPPORTUNITIES,** | ) |
| **INC., et. al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The parties have stipulated that all claims of the plaintiff, Christy D. Buie, which have been or could have been asserted against the defendants, Community Living Opportunities, Inc., *et al.*, have been resolved and should be dismissed with prejudice, with each party to bear her or its own costs, attorney's fees and expenses of litigation.

Pursuant to the stipulation of the parties and Fed.R.Civ.P. 41, the Court hereby dismisses all claims of the plaintiff against the defendants. Costs are assessed to the party incurring same.

IT IS SO ORDERED ON THIS 25th day of July, 2007.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge